No. 5987.

ALFRED MARCHAND VS. JONAS PICKLES.

APPEAL from the Fifth District Court of New Orleans.    CULLOM, J.

*Hornor & Benedict* and *Baker* for Plaintiff.    *Rice* for Defendant Appellant.

The defendant had transferred to the plaintiff certain rent notes as collateral to secure a mortgage note of his own, and afterwards substituted to these, other rent notes of another person, which were not paid because the rented property was under seizure — was in fact under seizure when the exchange was made, of which the plaintiff was ignorant.    Demand being made for the return of the first collaterals, it was not effected, but rent notes of a third tenant were delivered, and these were not paid.    The suit was for the amount of the last collaterals.

WHITE, J.    The suit is not on the first delivered rent notes.    They are not in the hands of the plaintiff.    The same is true of the second. It is not on the third collaterals which are annexed to the petition, for on their face they disclose no liability.    Not being on any of these, there remains nothing but the cause of action which the plaintiff may have to enforce his mortgage claim without reference to the pledging of the various rent notes, but the petition sets out no claim of that kind, and there must be judgment of non-suit.

*Decreed accordingly.*